BEFORE:  Joseph F. Bianco U.S.D.J
DATE:    4/8/2009         TIME: 11:00 a.m.      TIME IN COURT: 1hour
DOCKET #: 08cr364
CAPTION: USA v. Friere

## CRIMINAL CAUSE FOR SENTENCING

APPEARANCES:

Defense Counsel: Peter W. Till      Defendant: Wilson Freire      Deft #1
 X Present ___Not Present                      X Present  ___Not Present
 ___CJA  X Retained ___Federal Defenders       X  On Bond  ___In Custody


Government: Elizabeth Aloi; Jessica Covell    Court Reporter: Mary Ann Steiger

COURTROOM DEPUTY: Mary Ryan                   Interpreter: _____


 X  Case called.

 X  Counsel for parties present.

 ____Fatico Hearing held:

 X  Sentencing held.

 X  Statements of defendant and counsel heard.


IMPRISONMENT:

  X The defendant is sentenced to: 366 days on Count 1 and 366 days on Count 2
to run concurrently

  X To be followed by  1  year of supervised release on Count 1 and
 3  years supervised release on Count 2 to run concurrently.

  X  Special conditions of supervised release are as follows:

1.  If deported, the defendant shall not re-enter the United States illegally.

2.  The defendant shall participate in a mental health treatment program as
approved by the Probation Department.  The defendant shall contribute to the
cost of such services rendered and/or and any psychotropic medications
prescribed to the degree he is reasonable able, and shall cooperate in
securing any applicable third-party payment.  The defendant shall disclose all
financial information and documents to the Probation Department to assess his
ability to pay.

  ____As a special condition of supervised release if the defendant leaves the
country either voluntarily or involuntarily and reenters illegally he/she
will be deemed a violator thereof.

  ____The defendant is remanded to the custody of the US Marshal.

  X  The defendant shall voluntarily surrender on 8/7/2009 to the designated
facility

  X  The court makes the following recommendation to the Bureau of Prisons:____
The defendant be incarcerated at FCI Otisville. _____

**PROBATION:**

____The defendant is sentenced to: _____ years pobation.

____Special conditions of probation: _____

____During the term of probation the court will not consider any travel request except for work or family emergencies.


**FINE, RESTITUTION & SPECIAL ASSESSMENT:**

____The defendant is ordered to pay a fine in the sum of: $_____

____The fine is payable: _____

 X  The fine is waived based on the defendant's inability to pay.

 X  Restitution is ordered:   $20,750.00 due immediately and payable at a rate of 25% of net disposable income per month while on supervised release.

 X  Special assessment in imposed in the sum of: $200.00.

____Counts _____ are dismissed on the motion of the Government.

 X  The defendant is advised of his right to appeal.